CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/1/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-cr-1 |
| v. | ORDER |
| JERMEL STOREY, *et al.* | JUDGE NORMAN K. MOON |
| *Defendants.* | |

**Order Granting Motion to Continue Trial**

Before the Court are Defendants Smith and Storey's Motions to Continue Trial at Dkt. 365 and 373. All Defendants have agreed to trial dates of 8/29/22–9/2/22 and 9/6/22–9/9/22. The Government does not oppose the motion. *Id.* at 2.

The Speedy Trial Act generally requires that a criminal trial begin within seventy days of the filing of an information or indictment or the defendant's initial appearance. 18 U.S.C. § 3161(c)(1). However, the time required for various delays can be excluded from that timeframe.

The Court finds that a jury trial in this matter must be set beyond the default seventy-day window prescribed by the Speedy Trial Act and thus moves to continue trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B), and the Court finds the ends of justice served by granting this continuance and that a continuance outweighs the interests of the public and the Defendants to a speedy trial. Thus, the Court **GRANTS** Defendants' motions to continue, Dkt. 365 and 373, and **ORDERS** that this matter be **CONTINUED** to 8/29/22–9/2/22 and 9/6/22–9/9/22. The period of time

between the date that this order is docketed and 8/29/22 will be excluded from the calculation of time under the Speedy Trial Act.

    It is so **ORDERED.**

    The Clerk of the Court is hereby directed to send a copy of this Order to the Defendant and all counsel of record.

    ENTERED this  1st  day of November, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE