IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/9/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
DEPUTY CLERK

UNITED STATES OF AMERICA

v.  Criminal Action No. 6:21CR00001-003

MAGGIE LEE SMITH

In the presence of Christopher K. Kowalczuk, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said Indictment and Counts __1, 4, and 5__ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

_____
Date

_____
Witness