IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/9/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 6:21-cr-1-003 |
| v. | ) |
| | ) |
| MAGGIE LEE SMITH | ) |
| also known as "Missy" | ) |

## ORDER

The Unopposed Motion to Dismiss filed by the United States in the above-captioned case is hereby **GRANTED,** and it is hereby **ORDERED** that Counts 3, 22, and 23 of the Fourth Superseding Indictment in the above-captioned case is **DISMISSED without prejudice** as to defendant Maggie Lee Smith.

**ENTERED** this __9th__ day of August 2022.

_____
HONORABLE NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE