# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.:   6:21-CR-00001 |
| ) | |
| **MAGGIE LEE SMITH** ) | |

## ORDER

This matter is before the court by request of the supervising probation officer, to assist with the placement of defendant into a residential substance abuse treatment program (RSAT) that is run by the Western Virginia Regional Jail where the defendant is currently detained.   Having made inquiry and hearing no objection by counsel for the United States or the defendant, it is now

## ORDERED

that the defendant be allowed to participate in the Western Virginia Regional Jail's residential substance abuse treatment program, RSAT while the U.S. Marshal maintains her placement at the Western Virginia Regional Jail. This order shall neither restrict the discretion of the U.S. Marshal Service to place the defendant in an appropriate facility, nor affect any future designation to a BOP facility with which the U.S. Marshal must comply.

The Clerk of this Court shall certify a copy of the Order to the United States Attorney, United States Marshal Service, United States Probation Officer, and to counsel of record for the defendant.

Enter:   September 23, 2022

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge